UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shouneyia Properties, LLC and
Alec Shouneyia,

    Plaintiffs,

v.                                      Case No. 10-10243

Capmark Finance, Inc., and          Honorable Sean F. Cox
Pepper Hamilton, LLC.,

Defendants.
_____/

## ORDER REQUIRING SHOUNEYIA PROPERTIES, LLC
## TO OBTAIN COUNSEL IN ORDER TO PROCEED IN THIS ACTION

On January 19, 2010, *pro se* Plaintiff Alec Shouneyia filed this action, purportedly on behalf of himself and a limited liability company – "Shouneyia Properties, LLC." Alec Shouneyia, however, does not identify himself as an attorney and the Michigan State Bar Journal Directory does not list him as an attorney licensed to practice in Michigan.

It is well established that a corporation may only appear in federal court through a licensed attorney. *Doherty v. American Motors, Corp.*, 728 F.2d 334, 340 (6th Cir. 1984). The same rule applies to a limited liability company. *Lattanzia v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007); *WB Music Corp. v. Port City Cruise Line, Inc.*, 2009 WL 3066663 (W.D. Mich. 2009).

Thus, Shouneyia Properties, LLC cannot be a party to this case or assert any claims in this action unless it is represented by Counsel. Accordingly, IT IS ORDERED that Shouneyia Properties, LLC has fourteen (14) days from the date of this Order to obtain counsel and have

that counsel file an appearance in this action. If a licensed attorney does not file an appearance in this action on behalf of Shouneyia Properties, LLC within that time, this Court shall dismiss all claims asserted by Shouneyia Properties, LLC in this action.

    IT IS SO ORDERED.

                                                  S/ Sean F. Cox
                                                  United States District Judge

Date: February 22, 2010

I hereby certify that on February 22, 2010, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

Shouneyia Properties, LLC
525 East Big Beaver
Suite 205
Troy, MI 48083

Alec Shouneyia
525 East Big Beaver
Suite 205
Troy, MI 48083

                                                  S/ J. Hernandez
                                                Case Manager